JUDGE KENNELLY

**DOCKETED**
MAR - 6 2001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE DENLOW

**01CR188**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. |
| v. ) | Violations: Title 21, United States Code, Section 844(a) |
| JOSE RIVERA ) | |

**FILED**

## COUNT ONE

MAR 6 2001

THE UNITED STATES ATTORNEY charges:

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

On or about March 7, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE RIVERA,

defendant herein, knowingly and intentionally did possess approximately 1.7 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 844(a).

## COUNT TWO

THE UNITED STATES ATTORNEY further charges:

On or about February 24, 2000, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE RIVERA,

defendant herein, knowingly and intentionally did possess approximately .58 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 844(a).

_____
UNITED STATES ATTORNEY

2